AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Norris Allen Martin,<br>*Plaintiff*<br>v.<br><br>F. Emory Rush; Michael R. Culler, Jr.; Jack Colman; Walter M. Bailey; Lisa Merzell; L. Clark Whetstone; Peggy D. Davis, Judge; J. Frank Quatterbaum, Solicitor; Barry Mock, SCDC Director Inmate Records; Ted Shealy, SLED lab; James C. Williams, Jr., Judge; Rosalyn Frierson, Director, Court Administration; Richard Murray; Barbara Walters, Detective; Thomas W. Behrman, M.D.; Robert N. Milling, M.D.; Henry D. McMaster; Costa Pleciones, Judge; Christopher J. Murphy; Boone Walters, and E. Charles Grose, Jr.,<br>*Defendants* | )<br>)<br>)<br>)<br>)<br><br>Civil Action No.   5:13-cv-00693-TLW |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Norris Allen Martin, shall take nothing of the defendants; F. Emory Rush, Michael R. Culler, Jr., Jack Colman, Walter M. Bailey, Lisa W. Merzell, L. Clark Whetstone, Peggy D. Davis, J. Frank Quatterbaum, Barry Mock, Ted Shealy, James C. Williams, Jr., Rosalyn Frierson, Richard Murray, Barbara Walters, Thomas W. Behrman, Robert N. Milling, Henry D. McMaster, Costa Pleciones, Christopher J. Murphy, Boone Walters, and E. Charles Grose, Jr., from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, Chief United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which dismissed the complaint without prejudice.

Date:   May 23, 2013                                                          LARRY W. PROPES, CLERK OF COURT

                                                                                                    s/A. Buckingham

                                                                                         *Signature of Clerk or Deputy Clerk*